SEYFARTH SHAW LLP
Kenwood C. Youmans (SBN 68258)
kyoumans@seyfarth.com
David D. Kadue (SBN 113578)
dkadue@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

SEYFARTH SHAW LLP
Timothy M. Rusche (SBN 230036)
trusche@seyfarth.com
Emily Schroeder (SBN 274257)
eschroeder@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, California 90071
Telephone:  (213) 270-9600
Facsimile:   (213) 270-9601

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOUGLAS THOMPSON, on behalf of himself and all others similarly situated, and on behalf of the general public,<br><br>             Plaintiff,<br><br>     v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 100,<br><br>             Defendants. | Case No. 3:14-cv-02778-CAB-WVG<br><br>**DECLARATION OF TIMOTHY M. RUSCHE RE COMPLIANCE WITH 28 U.S.C. § 1715**<br><br>Complaint Filed: October 17, 2014<br>Trial Date:  None Set |

DECLARATION OF TIMOTHY M. RUSCHE

I, Timothy M. Rusche, declare as follows:

1. I have personal knowledge of the following facts, and if called as a witness, could and would testify to their accuracy.

2. I am an attorney licensed to practice law before this Court, and all courts in the State of California, and am a partner of Seyfarth Shaw LLP, counsel of record for Defendant, Costco Wholesale Corporation, in this action.

3. Costco Wholesale Corporation has complied with the requirements of 28 U.S.C. § 1715 with regard to the settlement of this action by sending the required notification to the appropriate federal and state officials.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of May, 2017, at Los Angeles, California.

*/s/ Timothy M. Rusche*
Timothy M. Rusche

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          )  ss
COUNTY OF LOS ANGELES     )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 333 South Hope Street, Suite 3900, Los Angeles, California 90071. On May 31, 2017, I served the within documents:

**DECLARATION OF TIMOTHY M. RUSCHE
RE COMPLIANCE WITH 28 U.S.C. § 1715**

☑  electronically by using the Court's ECF/CM System.

☐  by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☐  by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Los Angeles, California, addressed as set forth below.

William Turley, Esq.
David Mara, Esq.
Ray Padilla, Esq.
Jill Vecchi
THE TURLEY LAW FIRM, APLC
7428 Trade Street
San Diego, California 92121
*bturley@turleylawfirm.com*
*dmara@turleylawfirm.com*
*rpadilla@turleylawfirm.com*
jvecchi@turleylawfirm.com
Tel: (619) 234-2833; Fax: (619) 234-4048

*Attorneys for Plaintiff
Douglas Thompson*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 31, 2017, at Los Angeles, California.

*/s/ Elsa Terre*
_____
Elsa Terre

39164631v.1