THE TURLEY & MARA LAW FIRM, APLC
William Turley (SBN 122408)
bturley@turleylawfirm.com
David Mara (SBN 230498)
dmara@turleylawfirm.com
Jill Vecchi (SBN 299333)
jvecchi@turleylawfirm.com
7428 Trade Street
San Diego, CA 92121
Telephone:   (619) 234 2833
Facsimile:   (619) 234 4048

Attorneys for Plaintiff
DOUGLAS THOMPSON

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DOUGLAS THOMPSON on behalf of himself, others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 through 100, Defendants. | Case No.:  14-cv-2778-CAB-WVG<br><br>*Assigned for all purposes to District Judge Hon. Cathy Ann Bencivengo and Magistrate Judge Hon. William V. Gallo*<br><br>**OBJECTION TO NOTICE TO INTERVENE AS OF RIGHT (FRCP 24) AND CLAIM**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 4C<br><br>Action Filed: October 17, 2014<br>FAC Filed: January 12, 2015<br>SAC Filed: February 10, 2015<br>Action Removed: November 20, 2014 |

## I. The Intervenor Has No Protectable Interest

An applicant for intervention as of right under Federal Rule of Civil Procedure 24(a)(2) must establish, among other things, that the intervenor has "a 'significantly protectable' interest relating to ... the subject of the action." *Freedom from Religion Found., Inc. v. Geithner*, 644 F.3d 836, 841 (9th Cir. 2011). In determining "whether putative intervenors demonstrate the 'significantly protectable' interest necessary for intervention of right ... the operative inquiry should be whether 'the interest is protectable under some law' and whether 'there is a relationship between the legally protected interest and the claims at issue.'" *Wilderness Soc'y v. U.S. Forest Serv.*, 630 F.3d 1173, 1180 (9th Cir.2011) (quoting *Sierra Club v. U.S. E.P.A.*, 995 F.2d 1478, 1484 (9th Cir.1993); *Donnelly v. Glickman,* 159 F.3d 405, 409 (9th Cir.1998) (citing *Northwest Forest Resource Council v. Glickman,* 82 F.3d 825, 837 (9th Cir.1996)).

The intervenor's notice should be rejected because he has no protectable interest in this lawsuit. This wage and hour class action seeks settlement for "[a]ll current and former fleet drivers employed at a Costco business center or depot in California from October 17, 2010 through October 4, 2016." *See* Dkt. 67. Mr. Banks is not a class member. He worked for Costco as a maintenance assistant in a warehouse in Alabama between 2001 and 2003, not as a fleet driver in California between October 17, 2010 and October 4, 2016. Hong Decl. ¶ 3. As a result, he has zero "significantly protectable" interest in this lawsuit and his notice should be rejected.

## II. Conclusion

Because Mr. Banks has no protectable interest to intervene as of right under Rule 24(a), Plaintiff respectfully requests the court deny Mr. Banks' Notice to Intervene.

Dated: August 23, 2017　　　　　　　　**THE TURLEY & MARA LAW FIRM, APLC**

By: */s/David Mara*
　　David Mara, Esq.